JOHN MILTON, PLAINTIFF IN ERROR, v. CHARLES STELL, DEFENDANT IN ERROR.

Submitted December 10, 1906—Decided February 20, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Black & Drayton.*

For the defendant in error, *J. Merritt Lane.*

PER CURIAM.

The judgment in this cause is affirmed, on the grounds stated in the opinion of Mr. Justice Dixon in the Supreme Court, reported in 44 *Vroom* 261.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, GARRETSON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.